UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  )
ex rel. SHARHONDA JONES and )
TIFFINY WILSON,             )
                            )
        Plaintiffs,         )
                            )
v.                          )  Case No.: 8:15-cv-2409-T-33TGW
                            )
HEALTHSOUTH CORP., et al.,  )
                            )
        Defendants.         )

## ORDER

THIS CAUSE is before the Court on the United States' Notice That It Is Not Intervening At This Time, and the United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), it is hereby ORDERED that:

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

RECEIVED
2019 APR -1 PM 4:20
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DONE AND ORDERED in Tampa, FL, this 2nd day of April, 2019.

_____
HON. VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge

Copies to:

Sean P. Keefe
W. Stephen Muldrow
Assistant United States Attorneys
400 North Tampa Street
Suite 3200
Tampa, FL 33602

John K. Henebery
Michael E. Shaheen
Gordon E. Shemin
Trial Attorneys
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

*Counsel for the United States of America*

Sean M. Ellsworth, Esq.
Ellsworth Law Firm, P.A.
420 Lincoln Road, Suite 610
Miami Beach, FL 33139

*Counsel for Relators*